IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PHILLIP RASMUSSEN**                                                                     **PETITIONER**

v.                                                    **CASE NO. 5:09CV00008 BSM**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                       **RESPONDENT**

## ORDER

The court has received proposed findings and recommendations from Magistrate Judge H. David Young. After careful review of those findings and recommendations, the timely objections received thereto, and a *de novo* review of the record, the court concludes that the findings and recommendations should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.[1] Judgment will be entered accordingly.

IT IS SO ORDERED this 27th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court notes a typographical error on page 5 of the proposed findings and recommendations. While it states, "Here, the petitioner did file a Rule 37 petition . . .," it is clear that the magistrate judge intended to state, "Here, the petitioner did *not* file a Rule 37 petition . . ." based upon the document read in its entirety and the record.