**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**PHILLIP RASMUSSEN**                                                                 **PETITIONER**

**v.**                                    **CASE NO. 5:09CV00008 BSM**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                        **RESPONDENT**

<u>**JUDGMENT**</u>

In accordance with the court's order entered this date, judgment is hereby entered

dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is

denied.

IT IS SO ORDERED this 27th day of March, 2009.


_____
UNITED STATES DISTRICT JUDGE